TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| Ali Awadalla, | Case No. 2:26-cv-00419-APG-NJK |
|---|---|
| Petitioner, | **Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 7)** |
| v. | |
| Pamela Bondi, *et.al.*, | |
| Respondents. | **(First Request)** |

Petitioner Ali Awadalla ("Petitioner") and Federal Respondents Pamela Bondi, Kristi Noem, Michael Bernacke and Todd Lyons ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 7, extending the deadline from March 25, 2026, to April 1, 2026. Federal Respondents need this additional time to receive information from the Agency pertinent to the response. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended

Petition from March 25, 2026, to April 1, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 25th day of March 2026.

Rene L. Valladares
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/Kevin A. Tate
Kevin A. Tate
Litigation Resource Counsel
Assistant Federal Public Defender
Nevada Bar No: 38548
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kevin_Tate@fd.org
Attorney for Petitioner

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney

**IT IS SO ORDERED:**

**ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE**

**DATED:**    March 26, 2026

2